UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4248 ODW(JEMx) | Date | October 4, 2010 |
|---|---|---|---|
| Title | Circuito Cerrado, Inc. v. Luis Ciru Jimenez et al | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):   Attorneys Present for Defendant(s):

Not Present   Not Present

**Proceedings (IN CHAMBERS):**   **Order to Show Cause re Dismissal for Lack of Prosecution**

Plaintiff is ordered to show cause in writing no later than **Monday, October 18, 2010** why this action should not be dismissed for lack of prosecution. Default against defendant(s) was entered by the Clerk on September 15, 2010 [7].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

### 1. Plaintiff's filing of a noticed motion for entry of default judgment.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

: 00

Initials of Preparer   RGN